# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Choxi.com, Inc.,                                                               Bankruptcy Case No.: 16-13131-scc

Tracy Klestadt, in his capacity as Plan Administrator
of the estate of Choxi.com, Inc.,

                                         Plaintiff(s),

-against-                                                                          Adversary Proceeding No. 18-01794-scc

Deepak Agarwal
Melina Agarwal f/k/a Melina Ash
Sheela Agarwal
Vipesh Agarwal
Vishal Agarwal
Iftikar Ahmed
Daniel Depina
DIYA Irrevocable Trust
Depina Consulting, LLC
Techsys Marketing, Inc.

                                             Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except as to Defendant Techsys Marketing, Inc., who shall respond within 30 days after the date of service of this summons, and except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

> **Clerk of the Court**
> **United States Bankruptcy Court, Southern District of New York**
> **One Bowling Green**
> **New York, New York 10004-1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
> **William H. Stassen**
> **Dana Katz**
> **Fox Rothschild LLP**
> **2000 Market Street, 20th Floor**
> **Philadelphia, PA 19103**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 | Room: 623 (SCC), One Bowling Green,<br>New York, NY 10004<br><br>Date and Time: **To Be Determined** |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Dated:** 12/13/2018

Vito Genna
*Clerk of the Bankruptcy Court*

/s/ Carmen Ortiz
*Deputy Clerk*