**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE <br><br> CHOXI.COM, Inc., <br><br> Debtor. <br><br> TRACY L. KLESTADT, in his capacity as Plan Administrator of the estate of Choxi.com, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> DEEPAK AGARWAL, *et al.*, <br><br> Defendants. | Chapter 11 <br><br> Case No. 16-13131-SCC <br><br><br> Adv. No. 18-01794 (SCC) |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (made applicable hereto by Federal Rule of Bankruptcy Procedure 7041), plaintiff Tracy L. Klestadt, in his capacity as Plan Administrator of the estate of Choxi.com, Inc., and defendants Deepak Agarwal, Melina Ash a/k/a Melina Agarwal, Sheela Agarwal, Vipesh Agarwal, Vishal Agarwal, Daniel Depina, DIYA Irrevocable Trust, and Depina Consulting, LLC (collectively, the "Defendants") hereby stipulate to the dismissal of this adversary proceeding with prejudice in its entirety as against the Defendants and with respect to the claims asserted herein, with each party to bear its own fees and costs.

SO STIPULATED:

| | |
|---|---|
| Tracy L. Klestadt, in his capacity as Plan Administrator of the estate of Choxi.com, Inc. | Deepak Agarwal, Melina Ash a/k/a Melina Agarwal, Sheela Agarwal, Vipesh Agarwal, Vishal Agarwal, Daniel Depina, DIYA Irrevocable Trust, and Depina Consulting, LLC |
| /s/ Elizabeth C. Viele | /s/ Safraz W. Ishmael |
| Elizabeth C. Viele<br>Fox Rothschild LLP<br>101 Park Ave<br>Suite 1700<br>New York, NY 10178<br>Telephone: (212)878-7968<br>Email: eviele@foxrothschild.com | Safraz W. Ishmael<br>DLA Piper LLP (US)<br>33 Arch Street<br>26th Floor<br>Boston, MA 02110<br>Telephone: (617) 406-6000<br>Email: safraz.ishmael@dlapiper.com |
| *Counsel for the Plaintiff* | *Counsel for Defendants* |

Dated: July 18, 2019