UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                            :
                                                                 :  Chapter 11
CHOXI.COM, INC.,                                                 :
                                                                 :  Case No. 16-13131-SCC
                                        Debtor.                  :
                                                                 :
----------------------------------------------------------------x
TRACY KLESTADT, in his capacity as Plan                          :
Administrator of the estate of Choxi.com, Inc.,                  :
                                                                 :
                                        Plaintiff,               :
                                                                 :
              -against-                                          :
                                                                 :  Adv. No. 18-01794-SCC
DEEPAK AGARWAL, *et al.*,                                        :
                                                                 :
                                        Defendants.              :
                                                                 :
                                                                 :
----------------------------------------------------------------x

## NOTICE OF MOTION FOR AN ORDER
## PERMITTING ALTERNATE SERVICE ON DEFENDANT IFTIKAR AHMED

**PLEASE TAKE NOTICE** that upon the Declaration of Elizabeth C. Viele, dated November 20, 2019, the Affidavit of Kabir Hathi, dated November 13, 2019, and the concurrently filed Memorandum of Law, as well as the prior pleadings and proceedings in this action, plaintiff Tracy Klestadt, in his capacity as Plan Administrator of the estate of Choxi.com, Inc. ("Plaintiff"), by and through his undersigned attorneys, shall move this Court, before the Honorable Shelley C. Chapman at the United States Bankruptcy Courthouse located at One Bowling Green, New York, New York 10004, Courtroom 623, pursuant to Bankruptcy Rule of Procedure 7004 and Federal Rule of Civil Procedure 4 for an Order permitting Plaintiff to effectuate service on defendant Iftikar

Ahmed ("Ahmed") via his email address (iftyahmed@icloud.com), and any such further relief that the Court deems appropriate.

Dated: November 20, 2019
      New York, New York

                              **FOX ROTHSCHILD LLP**

By:   S/ Elizabeth C. Viele
       William H. Stassen, Esq. (*admitted pro hac vice*)
       Dana S. Katz, Esq.
       Elizabeth C. Viele, Esq.
       101 Park Avenue, 17th Floor
       New York, New York 10178
       (212) 878-7900
       wstassen@foxrothschild.com
       dkatz@foxrothschild.com
       eviele@foxrothschild.com

       *Counsel to Tracy K. Klestadt, Plan Administrator of the bankruptcy estate of Choxi.com, Inc.*