FOX ROTHSCHILD LLP  
William H. Stassen *(admitted pro hac vice)*  
Dana S. Katz  
Elizabeth C. Viele  
101 Park Avenue, 17th Floor  
New York, New York 10178  
(212) 878-7900  

**Presentment Date: January 10, 2020**  
**Presentment Time: 12:00 noon**  

**Objection Deadline: January 7, 2020**

*Counsel to Tracy Klestadt, Plan Administrator of the bankruptcy estate of Choxi.com, Inc.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x  
In re                                                          :  
                                                               :  Chapter 11  
CHOXI.COM, INC.,                                               :  
                                                               :  Case No. 16-13131-SCC  
                                   Debtor.                     :  
                                                               :  
---------------------------------------------------------------x  
TRACY KLESTADT, in his capacity as Plan                        :  
Administrator of the estate of Choxi.com, Inc.,                :  
                                                               :  
                                   Plaintiff,                  :  
                                                               :  
           -against-                                           :  
                                                               :  Adv. No. 18-01794-SCC  
DEEPAK AGARWAL, *et al.*,                                      :  
                                                               :  
                                   Defendants.                 :  
                                                               :  
---------------------------------------------------------------x  

## NOTICE OF PRESENTMENT OF MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT IFTIKAR AHMED

***PLEASE TAKE NOTICE*** that the undersigned, on behalf of Tracy L. Klestadt (the "Plan Administrator" or the "Plaintiff"), in his capacity as Plan Administrator of the estate of Choxi.com, Inc. a/k/a Nomorerack.com, Inc., the above-captioned debtor (the Debtor"), and pursuant to the Court's comments at the status conference in this case held on December 19, 2020, will present for Court approval a Motion for an order, pursuant to Bankruptcy Rule of Procedure 7004 and Federal Rule of Civil Procedure 4, Authorizing Alternative Service on Defendant Iftikar Ahmed (the "Motion"), on the **10th day of January, 2020 at 12:00 noon** (the "Presentment Date"), to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in chambers, at the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and

   ***PLEASE TAKE FURTHER NOTICE*** that a copy of the Motion was filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York and may be inspected by all registered users of the Court's website at http://www.nysb.uscourts.gov. Copies of the Motion may be obtained by telephonic or email request to the undersigned counsel for the Plan Administrator, Attn: Elizabeth Viele, Esq. (Tel: (212) 878-7968; e-mail: eviele@foxrothschild.com); and

   ***PLEASE TAKE FURTHER NOTICE*** that objections, if any, to the relief sought in the Motion shall be made in writing, shall set forth the basis for the response or objection and the specific grounds upon which such response relies, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in text searchable Portable Document Format (PDF) (with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon: (i) Fox Rothschild LLp, 101 Park Ave, Suite 1700, New York, New York 10178, Attn: Elizabeth C. Viele, Esq., counsel for the Plan Administrator and served upon all parties in the above-referenced adversary proceeding no later than **January 7, 2020.** The ECF docket number to which the filing relates must be included in the upper right hand corner of the caption of all objections. Unless timely objections are filed, the order approving the Motion may be signed without a hearing.

   ***PLEASE TAKE FURTHER NOTICE*** that if timely objections are filed and served, or if the Court so directs, a hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: December 20, 2019
   New York, New York

            **FOX ROTHSCHILD LLP**

      By: <u>/S/ Elizabeth C. Viele</u>
         William H. Stassen, Esq. (*admitted pro hac vice*)
         Dana S. Katz, Esq.
         Elizabeth C. Viele, Esq.
         101 Park Avenue, 17th Floor
         New York, New York 10178
         (212) 878-7900
         wstassen@foxrothschild.com
         dkatz@foxrothschild.com


eviele@foxrothschild.com

*Counsel to Tracy K. Klestadt, Plan Administrator of the bankruptcy estate of Choxi.com, Inc.*

3